UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY E. VILLANERA,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | No. SACV 13-1149 DMG (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the decision of defendant, the Commissioner of the Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: February 23, 2015

                                                        DOLLY M. GEE<br>
                                         United States District Judge